Argued and submitted September 2, 1986, Court of Appeals reversed and LCDC order affirmed May 27, 1987

## 1000 FRIENDS OF OREGON,
*Respondent on Review,*

*v.*

## LAND CONSERVATION AND DEVELOPMENT COMMISSION,
*Petitioner on Review,*

## WASHINGTON COUNTY,
*Respondent.*

(84-ACK-103; CA A33438; SC S 32694)

737 P2d 614

Michael A. Holstun, Assistant Attorney General, Salem, argued the cause for petitioner on review. With him on the petition were Dave Frohnmayer, Attorney General, William F. Gary, Deputy Attorney General, James E. Mountain, Jr., Solicitor General and Jeff Bennett, Assistant Attorney General, Salem.

Richard P. Benner, Portland, argued the cause for respondent on review.

PER CURIAM

**PER CURIAM**

The decision of the Court of Appeals is reversed. The order of the Land Conservation and Development Commission is affirmed. *1000 Friends of Oregon v. LCDC (Tillamook Co.),* 303 Or 430, 737 P2d 607 (1987).